UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Search of<br>creation_alray@hotmail.com<br>E-mail Account and Associated Data | M.J./Court No. 16-MJ-5212-JGD<br><br>UNDER SEAL |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the search warrant application, supporting affidavit, search warrant, this motion, any ruling on this motion, and all related orders and paperwork. In support of this motion, the government states that the evidence seized pursuant to this warrant concerned Ashley Barrett, who has been indicted and arrested. *United States v. Ashley Barrett*, Crim. No. 18-10102-DJC.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Christine J. Wichers*
CHRISTINE J. WICHERS
Assistant U.S. Attorney

Dated: May 21, 2018